IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**GARY LEON WEBSTER**  **PLAINTIFF**
**ADC #114018**

v.  CASE NO. 3:21-cv-00090-JM

**SOUTHLAND GAMING and RACING,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 10th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE